Martin Fox, Esq., SBN 155783
BLEAU, FOX & FONG, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone : (323) 874-8613
Facsimile : (323) 874-1234

Attorneys for Plaintiffs,
Ernesto T. Bustos, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO T. BUSTOS, an Individual, J.D. PANDYA CORPORATION, a California corporation, BALJIT GREWAL, an Individual, NIAZ NAZIR, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case Number: C 03 3433 JSW<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS PURSUANT TO FED. R. CIV. P. 41(a); AND<br><br>[PROPOSED] ORDER |

Plaintiffs, Ernesto T. Bustos, an Individual, J.d. Pandya Corporation, a California Corporation, Baljit Grewal, an Individual, Niaz Nazir, an Individual (by and though his heirs) and ConocoPhillips Company hereby STIPULATE that the above-entitled action is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a). Plaintiffs and ConocoPhillips further STIPULATE that each party shall bear its own costs, attorney's fees, and experts' fees

///

///

-1-

Stipulation and [Proposed] Order

that might have been or were incurred in connection with said action.

Dated: January 13, 2006

BLEAU, FOX & FONG, A
Professional Law Corporation
THOMAS P. BLEAU
MARTIN FOX

By: /s/
Martin Fox, Esq.,
Attorneys for Plaintiffs,
Ernesto Bustos, et al.

Dated: January 13, 2006

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN

By: /s/
Clement L. Glynn,
Attorneys for Defendant
ConocoPhillips

IT IS SO ORDERED.

DATED: January 17, 2006

By: /s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

-2-
Stipulation and [Proposed] Order